IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSICA LORRIN,<br>Defendant. | **Case No.:** CR 26–011 CRB<br>**~~[PROPOSED]~~ ORDER DEFENDANT'S MOTION TO EARLY TERMINATE SUPERVISED RELEASE**<br>**Court:** Courtroom 6, 17th Floor |

For good cause shown, and based on the agreement of the parties, the Court ORDERS that defendant Jessica Lorrin's term of supervised release is hereby terminated pursuant to 18 U.S.C. Section 3583(e).

IT IS SO ORDERED.

Dated: August 26, 2026

CHARLES R. BREYER
United States District Judge